

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00325-CV

**RR PRINCE RANCH SWD LTD.,**

                                                                                        **Appellant**

 **v.**

**WILLIAM O. WILEY, SHIRLEY WILEY**
**AND WILLIAM O. WILEY D/B/A WEN-BE,**

                                                                                        **Appellees**

### From the 369th District Court
### Leon County, Texas
### Trial Court No. NOT-14-12

## O R D E R

RR Prince Ranch SWD Limited's motion for rehearing is denied.


PER CURIAM


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed July 16, 2015

